OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Mark Allyn Hoffman<br>1625 SE Roberts Drive, Apt. #D 221<br>Gresham, Oregon, 97080<br><br>(Name and Address of Defendant) | CRIMINAL COMPLAINT<br><br>Case Number: 08-mj-417 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___03/06 - 2/07___ in ___Multnomah___ County, in
(Date)
the _____ District of ___Oregon___ defendant(s) did,

(Track Statutory Language of Offense)
Defendant knowingly employed, used, induced, enticed, or coerced Jane Doe, a minor, to engage in sexually explicit conduct, namely the lascivious exhibition of the genitals and the pubic area of said minor, for the purpose of producing visual depictions of such conduct, said visual depictions having been produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, and having actually been transported in interstate commerce, all in violation of Title 18, United States Code, § 2252(a) and (e).

in violation of Title ___18___ United States Code, Section(s) ___2251(a) and (e)___ .

I further state that I am a(n) ___FBI Special Agent___ and that this complaint is based on the
Official Title
following facts:

  See attached Affidavit which is hereby incorporated by reference.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_Jane Brillhart_
Signature of Complainant

Jane Brillhart
Printed Name of Complainant

Sworn to before me and signed in my presence,

___February 12, 2008___   at   ___Portland___   ___Oregon___
Date                                                          City                        State

JANICE M. STEWART          U.S. Magistrate Judge     _signature_
Name of Judge                     Title of Judge                 Signature of Judge